IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM DEWEESE, as Special Administrator**
**of the Estate of Joshua Deweese, Deceased**                           **PLAINTIFF**

v.                              Case No. 4:20-cv-00818-LPR

**KAREN MUNYAN, as Special Administrator**
**to the Estate of Monte Munyan for the Claims**
**herein in his Individual Capacity;**
**LINZEE WHITAKER, Official Capacity;**
**and JOHN DOES 1-10, Each in their**
**Individual and Official Capacities**                                  **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 17th day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE